UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK SANDOVAL, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., JESSICA FISCHER, and CHRIS WINFREY,<br><br>  Defendants. | Case No.: 1:25-cv-06747-LJL-KHP<br><br>Hon. Lewis J. Liman<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**ORDER APPOINTING STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND AS LEAD PLAINTIFF AND <u>APPROVING SELECTION OF LEAD COUNSEL</u>**

Upon consideration of (1) the Motion filed by State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Francis P. McConville and exhibits attached thereto; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Rhode Island's Motion is **GRANTED**.

2. Rhode Island is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action.

3. Rhode Island's selection of Lead Counsel is **APPROVED**, and Labaton Keller Sucharow LLP and Saxena White P.A. are **APPOINTED** to serve as Lead Counsel for the Class in the above-captioned action and all related actions.

**IT IS SO ORDERED**.

Dated: November 10, 2025

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

1