

**Christine M. Fox**
**Partner**
**Labaton Keller Sucharow LLP**
212 907 0784 direct
212 907 0700 main
212 883 7084 fax
cfox@labaton.com

**New York Office**
140 Broadway
New York, New York 10005

January 27, 2026

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 15C

RE:    *Sandoval v. Charter Communications, Inc., et al.*, No. 1:25-cv-06747-LJL

Dear Judge Liman:

Lead Counsel in the above-referenced action submits this letter on behalf of Lead Plaintiff State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Lead Plaintiff") to request leave to file a corrected complaint due to certain formatting errors and one scrivener error in Lead Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") filed on January 23, 2026, Dkt. No. 31.

After filing the Amended Complaint, Lead Plaintiff discovered that certain paragraph numbers shifted during final formatting, resulting in a limited number of internal cross-references being off by one paragraph.  Lead Plaintiff proposes breaking up an existing paragraph (¶108) into two paragraphs and combining ¶¶219 and 220 into a single paragraph in order to rectify this formatting error.  Lead Plaintiff also discovered another formatting error in ¶234, wherein the subsection letters (a) and (b) are inadvertently repeated twice, which Lead Plaintiff would like to correct so that the subsections read as (a) through (g).  Finally, Lead Plaintiff identified a scrivener's error in ¶298, which internally cites back to ¶¶297-98, instead of ¶¶296-97.

Thus, Lead Plaintiff respectfully requests permission to file a Corrected Amended Complaint to correct the above.  No other changes are being proposed.  *See* Exhibit A (redlined copy of



New York | Delaware | London | Washington, D.C.



Honorable Lewis J. Liman
January 27, 2026
Page 2

Amended Complaint, to proposed clean version of Corrected Amended Complaint) and Exhibit B (proposed clean version of Corrected Amended Complaint), attached hereto.

Defendants have been advised of this motion and consent to its filing. The Parties agree that this change does not affect the due date for Defendants to file their forthcoming motion to dismiss.

Sincerely,

Christine M. Fox

cc: Joshua H. Saltzman, Esq.