**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARK SANDOVAL, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

CHARTER COMMUNICATIONS, INC., JESSICA FISCHER, and CHRIS WINFREY,

*Defendants*.

Case No. 1:25-cv-06747-LJL

**REPLY AFFIRMATION OF ALISON B. BROCKMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Alison B. Brockman, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm Wachtell, Lipton, Rosen & Katz, counsel for Defendants Charter Communications, Inc., Jessica Fischer, and Chris Winfrey in the above-captioned proceeding. I respectfully submit this affirmation based on my personal knowledge and my review of the materials described below.

2. My business address is 51 West 52nd Street, New York, New York, 10019.

3. I am admitted to practice in this Court. My bar identification number for the state of New York is 6006894.

4. I certify that attached hereto are, to the best of my knowledge and belief, true and correct copies of the following documents:

| Exhibit | Date[1] | Document Description | Type |
|---|---|---|---|
| 30 | July 30, 2024 | Wolfe Research Report | Analyst Report |
| 31 | July 26, 2024 | Moffett Nathanson Research Report | Analyst Report |
| 32 | Apr. 26, 2024 | Citi Research Report | Analyst Report |
| 33 | May 6, 2024 | Charter Policy: Helping Meet the Needs of Low-Income Families and Narrowing the Digital Divide | Webpage |
| 34 | July 12, 2024 | Morningstar Equity Report | Analyst Report |

5. Based upon the foregoing, I respectfully submit the attached documents as Exhibits to Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: July 1, 2026

Respectfully submitted,

Alison B. Brockman
51 West 52nd Street
New York, New York 10019
Tel.: 212.403.1000
Fax: 212.403.2000
abbrockman@wlrk.com

*Counsel for Defendants Charter Communications, Inc., Jessica Fischer, and Chris Winfrey*

[1] The "Date" of a document refers to the date of publication.